EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Reglamento para la<br>Asignación de Abogados<br>Y Abogadas de Oficio<br>En Procedimiento de<br>Naturaleza Penal | 2001 TSPR 122<br><br>154 DPR \_\_\_\_ |

Número del Caso: ER-2001-05

Fecha: 31/agosto/2001

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

| | | |
|---|---|---|
| Reglamento para la Asignación de Abogados y Abogadas de Oficio en Procedimientos de Naturaleza Penal | ER-2001-5 | Normas Especiales para la Asignación de Abogados y Abogadas de Oficio mientras dure la huelga de la Sociedad para Asistencia Legal |

**RESOLUCIÓN**

San Juan, Puerto Rico, a 31 de agosto de 2001

En nuestra jurisdicción, la responsabilidad y labor de representar ante el foro judicial a las personas de escasos recursos económicos o indigentes acusados de la comisión de delitos recae, de ordinario y de manera principal, sobre los hombros de los abogados y las abogadas que integran la Sociedad para Asistencia Legal. Véase Ramos Acevedo v. Tribunal Superior, 133 D.P.R. 599 (1993) en el cual se explica que esta institución, una sin fines de lucro, sufraga sus gastos operacionales con fondos principalmente, provenientes del Estado Libre Asociado de Puerto Rico.

Como es de conocimiento general y ha sido reseñado por la prensa local, la Unión Independiente de Abogados de la Sociedad para Asistencia Legal ha decretado una huelga en reclamo de aumentos salariales. Según ha sido corroborado por el señor Juez Presidente, el referido conflicto laboral está afectando primordialmente el derecho

de representación legal de todo acusado o acusada que cualifica para obtener servicios de la Sociedad para Asistencia Legal. Además, trastoca los procedimientos judiciales, en la medida en que los tribunales se ven obligados a posponer las vistas de los casos

ante la ausencia de representación legal. Ello podría atentar contra el derecho a juicio rápido de las personas acusadas en nuestro sistema judicial.

La situación antes resumida afecta, además, la administración de la justicia al impedir que la Rama Judicial cumpla con su deber y con la expectativa de la ciudadanía, especialmente de las víctimas de delito, de que los casos se ventilen de manera expedita y eficiente en los tribunales. La emergencia que representa esta situación requiere que se tomen medidas cautelares para proteger los derechos, deberes e intereses afectados. En atención a ello, el Tribunal resuelve que <u>mientras dure esta situación de emergencia</u>, serán de aplicación las siguientes normas especiales relativas a la asignación de abogados y abogadas de oficio en procedimientos de naturaleza penal:

1.  Se faculta a los Jueces y Juezas Administradores y a los Jueces y Juezas del Tribunal de Primera Instancia a nombrar abogados o abogadas de oficio sin tener que utilizar las Reglas 8 (Orden de Asignación) y 10 (Registro para el Control de Asignaciones) del Reglamento para la Asignación de Abogados y Abogadas de Oficio en Procedimientos de Naturaleza Penal vigente desde el 1 de julio de 1998.

2.  Se autoriza a los abogados y abogadas de oficio que presten sus servicios durante este período a solicitar compensación económica por todas las horas trabajadas, relevándoles de la obligación de ofrecer servicio gratuito dispuesto en la Regla 26 del Reglamento para la Asignación de Abogados y Abogadas de Oficio en Procedimientos de Naturaleza Penal. El procedimiento para solicitar del Estado esta compensación y el reembolso de los gastos razonables se hará siguiendo lo dispuesto en las Reglas 27 y 30 del referido reglamento.

Debe quedar claro que esta medida de emergencia la tomamos únicamente para descargar nuestra responsabilidad de asegurar la buena marcha de la administración de la justicia criminal en Puerto Rico. De ningún modo debe interpretarse que desaprobamos los reclamos de los abogados en huelga ni que pretendamos afectar su derecho constitucional a hacer esos reclamos.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  El Juez Asociado señor Rebollo López no intervino.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo